UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:02-CR-64-DBH |
| | ) | |
| DELON J. ADAMS, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 25, 2014, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Rule 60(b) Motion. On September 9, 2014, the U.S. Postal Service returned to the Clerk's Office the copy mailed to the defendant marked "Return to Sender/ Refused/Unable to Forward" because of an incorrect inmate number in the address. The copy was then re-mailed to the defendant with the correct inmate number. No objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion is **DENIED** without an evidentiary hearing.

I find that no certificate of appealability shall issue in the event the movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 24TH DAY OF SEPTEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**