# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:02-CR-64-DBH |
| | ) |
| DELON J. ADAMS, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER REINSTATING ORDER OF SEPTEMBER 24, 2014

On September 24, 2014, I entered an Order affirming the Magistrate Judge's Recommended Decision of August 25, 2014. Because the defendant's motion to extend time to object was received September 29, 2014, I then ordered that my September 24 Order be vacated and granted an extension of time until October 30, 2014. On October 27, 2014, the defendant filed another motion to extend time to object, and on October 28, 2014, the Magistrate Judge allowed him until November 21, 2014. The defendant still has not objected.

Accordingly, I now reinstate as of this date my Order of September 24, 2014, affirming the Magistrate Judge's Recommended Decision of August 25, 2014.

**SO ORDERED.**

**DATED THIS 4TH DAY OF DECEMBER, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**